Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                   Criminal No.          21-122

SOJIRO IMAHASHI
TSUYOSHI IFUKU                        Category       B
YUKI YAMAMIYA

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __7/9/2021__ from __Judge James Boasberg__ to __Calendar Committee__ by direction of the Calendar Committee.

(Defendants are Fugitives)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:   Judge James Boasberg         & Courtroom Deputy
      Calendar Committee

      U.S. Attorney's Office – Judiciary Square Building, Room 5133

      Statistical Clerk